**Entered on Docket
February 23, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-75798

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 10-10491-mkn |
| Demetria J. Temple | ORDER RE EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c) (3)(A) |
| | Date:<br>Time: |
| Debtors. | Chapter 13 |

IT IS HEREBY ORDERED, ADJUDGED AND DECRED that the Automatic Stay in the above-entitled bankruptcy proceeding is vacated and extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, NA, its assignees and/or successors in interest, of the subject property commonly described as: 3639 Acacia Grove Way, San Diego, California 92113, and legally described as follows:

> Lot 35 of SOUTHCREST PARK ESTATES II, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 14235, filed in the office of the County Recorder of San Diego County, July 31, 2001, and corrected by Certificate of Correction recorded November 30, 2001 as Instrument No. 2001-0875984 of Official Records.
> APN 550-780-35

IT IS SO ORDERED.

DATED this _____ day of _____ 2010

Submitted by:

**WILDE & ASSOCIATES**
By:___/s/Gregory L. Wilde, Esq___
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107